# Court of Appeals
# of the State of Georgia

ATLANTA,  February 05, 2019

*The Court of Appeals hereby passes the following order:*

**A19E0035.  GEORGIA INDEPENDENT SCHOOL ASSOCIATION, INC. v. FREDERICK J. FURTAH PREPARATORY SCHOOL, INC.**

Upon review of the Georgia Independent School Association's emergency motion filed pursuant to Court of Appeals Rule 40 (b), said motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/05/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , Clerk.